IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00849-BNB

ANDRE J. TWITTY,

    Petitioner,

v.

TROY EID, U.S. Attorney (Den., Colo.),

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 0 2 2010

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

Plaintiff, Andre J. Twitty, named as Petitioner, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary – Administrative Maximum, in Florence, Colorado. He submitted to the Court *pro se* documents titled "Motion to Proceed in Forma Pauperis Brief in Support" and "Motion for Writ of Mandamus, to Compel the Respondent to Convene a Federal Grand Jury, to Investigate the 'Criminal Violations' of Federal Law, as Well as the 'Flagrant Abuse of Discretion' by the U.S. District - Tenth Circuit Court of Appeals, 'Judges,' 'Staff Attorneys' and 'Clerks' to Conceal Said Violations of Law Brief in Support." As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court determined that the submitted documents were deficient.

Notwithstanding the deficiencies, Magistrate Judge Boyd N. Boland, in an order filed on April 15, 2010, directed the clerk of the Court to commence a civil action and directed Mr. Twitty to cure certain enumerated deficiencies if he wished to pursue his

claims. He specifically was directed to submit within thirty days a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the proper, Court-approved form together with a certified copy of his trust fund account statement for the six-month period immediately preceding this filing. He also was directed to submit within thirty days a Prisoner Complaint on the proper, Court-approved form. The April 15 order warned Mr. Twitty that, if he failed to cure the designated deficiencies as directed within the time allowed, the action would be dismissed without further notice.

Mr. Twitty has failed within the time allowed to cure the designated deficiencies or otherwise to communicate with the Court in any way.

Accordingly, it is

ORDERED that the action is dismissed without prejudice for the failure of Petitioner, Andre J. Twitty, to cure the designated deficiencies within the time allowed and for his failure to prosecute. It is

FURTHER ORDERED that the pending motions are denied as moot.

DATED at Denver, Colorado, this  1st   day of   June  , 2010.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00849-BNB

Andre J. Twitty
Reg. No. 18558-018
ADX – Florence
PO Box 8500
Florence, CO 81226-8500

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 6/2/10

GREGORY C. LANGHAM, CLERK

By: _____
     Deputy Clerk